## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES VERRET, SR.**<br><br>*Plaintiff*<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, PIPELINE CONSTRUCTION & MAINTENANCE, INC., AND HILCORP ENERGY COMPANY**<br><br>*Defendants* | **CIVIL ACTION NO. 2:21-cv-00969**<br><br>**SECTION B:**<br>**SENIOR DISTRICT JUDGE IVAN L.R. LEMELLE**<br><br>**DIVISION 5:**<br>**MAGISTRATE JUDGE MICHAEL B. NORTH** |

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come defendants, REC Marine Logistics, LLC, and Hilcorp Energy Company (hereinafter sometimes referred to as "Defendants"), who submit their Witness and Exhibit List in accordance with this Court's Scheduling Order.

## WITNESS LIST

1. James Verrett, plaintiff

2. Blaine Russell, Operations Manager for REC Marine Logistics, LLC

3. Ronald Dardar, construction foreman for Hilcorp in Caillou Island area

4. Norman Bennett

5. Craig Tolliver, employee of REC Marine Logistics, LLC

6. Dawn Melancon, employee of REC Marine Logistics, LLC

7. Amanda Meli, employee of REC Marine Logistics, LLC

8. Willard Thibodeaux, Hilcorp employee

9. Chad Terrebonne, Hilcorp employee

10. William Lemaire, FNP and/or another representative of Occupational Medicine Services

11. Dr. Donald Dietze, Jr.

12. Dr. Arthur Satterlee and/or another representative of Diagnostic Imaging Services

13. Dr. Maurice Miller and/or a representative of Open MRI of Louisiana

14. Joshua O'Bryan, supervisor employed by PCM Gulf

15. David Gaudet, Jr., crane operator employed by PCM Gulf

16. Santiago Santos, welder employed by PCM Gulf

17. Jarrod Toups, rigger employed by PCM Gulf

18. Justin Chapman, rigger employed by PCM Gulf

19. Craig Foret, rigger employed by PCM Gulf

20. Aaron Morris, welder employed by PCM Gulf

21. A corporate representative of REC Marine Logistics, LLC

22. A corporate representative of Hilcorp Energy Company

23. A corporate representative of Pipeline Construction & Maintenance, Inc.

24. A representative of Terrebonne General Medical Center

25. A representative from Terrebonne General Medical Center Therapy Department

26. Dr. Brett Casey and/or another representative of Houma Orthopedic Clinic and/or Gulf Coast Orthopedic Clinic

27. A representative of Walmart Pharmacy

28. A representative of Walgreens Pharmacy

29. Dr. William St. Martin

30. Dr. Thomas C. Berry

31. Dr. James M. Watkins

32. Jenny Templet, MD and/or another representative of Family Doctor Clinic of Thibodaux

33. A representative of Thibodaux Regional Medical Center

34. Dr. Adolfo Cuadra and/or Dr. Jimmy Ponder and/or another representative of the Headache & Pain Center AMC

35. Dr. Deepak Awasthi

36. Lorenzo Fisher, nurse practitioner

37. A representative from West Jefferson Industrial Medicine Clinic

38. A representative of All Industrial Medical Services

39. A representative from Hagen Beyer – ENT

40. A representative of the Cardiovascular Institute of the South

41. A representative of Haydel Family Practice

42. Any other medical providers who have examined and/or treated claimant

43. Dr. Christopher Cenac, Sr., IME physician

44. Kenneth Boudreaux, Ph.D., and/or Dan M. Cliffe, CPA, and/or J. Stuart Wood, Ph.D., and/or John Page, Ph.D., Economic expert;

45. Jeffrey E. Carlisle, vocational rehabilitation

46. Stephanie Haupt, life care planning expert

47. Marc Fazioli, liability expert

48. A representative of Genesis Investigations regarding surveillance

49. Any witness listed by any other party

50. Any witness identified through further discovery

51. Any witness needed for rebuttal or impeachment

52. Any witness needed to authenticate any document or evidence introduced at trial;

53. Any representatives from Plaintiff's previous employers;

Defendants reserve the right to amend this Witness List as discovery is ongoing.

## EXHIBIT LIST

1. Personal Incident/Illness Report dated April 21, 2021

2. Certificate of Documentation of the AMANDA A

3. Certificate of Inspection of the AMANDA A

4. Certificate of Documentation of the M/V LIL WEASEL

5. Daily Boat Logs for the M/V LIL WEASEL

6. Daily Boat Logs for the M/V AMANDA A

7. Specification Sheets for the M/V LIL WEASEL and the M/V AMANDA A

8. REC Marine HSE Manual

9. REC Marine Operations Manual

10. Plaintiff's written notes regarding accident

11. Blanket Charter Agreement with Hilcorp

12. Invoices from PCM Gulf

13. Marine Daily Planner of Terrebonne Bay for April 12, 2021 and April 13, 2021 from Hilcorp

14. Employment file of Plaintiff from REC Marine Logistics, LLC

15. Check Register and W-2 from REC Marine Logistics, LLC

16. Medical Records from Occupational Medicine Services of Houma

17. USCG Physicals from Family Doctor Clinic of Thibodaux, Jenny A. Templet, M.D, and/or any other USCG Physical forms

18. The CV and/or expert report Dr. Christopher Cenac, Sr., IME physician

19. The CV and/or expert report of Kenneth Boudreaux, Ph.D., and/or Dan M. Cliffe, CPA, and/or J. Stuart Wood, Ph.D., and/or John Page, Ph.D., Economic expert;

20. The CV and/or expert report of Jeffrey E. Carlisle, vocational rehabilitation expert

21. The CV and/or expert report of Stephanie Haupt, life care planning expert

22. The CV and/or expert report of Marc Fazioli, liability expert

23. Plaintiff's prior employment records from the following entities:

    a) B&J Inc.
    b) Bertucci Contracting
    c) Whitetail Oilfield
    d) Daigle Towing
    e) Triple C Towing
    f) Any other prior employment records obtained through discovery

24. Medical and/or pharmacy records of the claimants, including, but not limited to, the following:

    a) Occupational Medicine Services
    b) Open MRI of Louisiana
    c) Diagnostic Imaging Services
    d) Dietz and Logan
    e) Terrebonne General Medical Center
    f) Terrebonne General Therapy Department Records
    g) Dr. Brett Casey and Gulf Coast Orthopedic Clinic/Houma Orthopedic Clinic
    h) Walmart Pharmacy
    i) Walgreens Pharmacy
    j) Dr. William St. Martin
    k) Family Doctor Clinic of Thibodaux and/or Dr. Jenny Templet
    l) Thibodaux Regional Medical Center
    m) Headache & Pain Center (Dr. Adolfo Cuadra and Dr. Jimmy Ponder)
    n) West Jefferson Industrial Medicine Clinic
    o) All Industrial Medical Services
    p) Hagen-Beyer – ENT
    q) Haydel Family Practice
    r) Dr. Thomas C. Berry
    s) Dr. James M. Watkins
    t) Cardiovascular Institute of the South
    u) Any other medical providers who have treated plaintiff either prior to or after his alleged accident

25. Plaintiff's USCG File and all licensing documentation

26. Plaintiff's IRS records

27. Plaintiff's Social Security Earnings records

28. Any item listed by any other party to this litigation

5

29. The deposition transcript or video of any witness who is unavailable for trial

30. Any document needed for rebuttal or impeachment

31. Any pleadings filed in connection with this matter and/or any related matters

32. The discovery responses and any documents produced therewith by any party to this case

33. Any documents obtained through further discovery

34. Any expert reports that have not yet been obtained

35. The stipulations of any party

36. Any and all documents provided or identified in Initial Disclosures by any other party

37. Any exhibit attached to a deposition

38. Criminal and civil records of claimant including prior lawsuits

39. Surveillance footage of Plaintiff

40. Any document obtained through subpoena responses or authorizations

Defendants reserve the right to amend this Exhibit List as discovery is ongoing.

Respectfully submitted,

/s/ *Kyle A. Khoury* _____
Salvador J. Pusateri (#21036)
Kyle A. Khoury, T.A. (#33216)
Kristian B. Dobard (#36997)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC AND HILCORP ENERGY COMPANY**