UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JAMES VERRET, SR.**                                               **CIVIL ACTION**

**VERSUS**                                                                                    **NO. 21-969**

**REC MARINE LOGISTICS, LLC, ET AL.**               **SECTION "B"(5)**

<u>**ORDER AND REASONS**</u>

Considering defendant Pipeline Construction & Maintenance, Inc.'s ("PCM") consent motion to continue trial date and all pending deadlines (Rec. Doc. 35), **IT IS ORDERED that the motion is GRANTED.**

**IT IS FURTHER ORDERED that the parties in the above-captioned matter shall attend a telephonic scheduling conference on Tuesday, January 10 at 11:00 a.m. before the Case Manager, Dena White. Parties shall call in for the conference using the phone number (888) 278-0296 and access code 6243426.**

Once established, a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The moving party, PCM, must "show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *Marathon Fin. Ins., Inc., RRG v. Ford Motor Co.*, 591 F.3d 458, 470 (5th Cir. 2009) (quoting *S&W Enters., LLC v. Southtrust Bank of Ala., NA,* 315 F.3d 533, 535 (5th Cir. 2003)). Courts consider four factors to ascertain whether good cause has been established: "(1) the explanation

1

for the failure to timely move for leave to amend; (2) the importance of the amendment; (3) potential prejudice in allowing the amendment; and (4) the availability of a continuance to cure such prejudice." *Id.* (quoting *Sw. Bell Tel. Co. v. City of El Paso,* 346 F.3d 541, 546 (5th Cir.2003)).

PCM avers the current scheduling order set trial for March 6, 2023, and expert report deadlines for defendants must be submitted no later than December 19, 2022. Rec. Docs. 27, 35 at 1. However, PCM was only recently added[1] to the above-captioned matter. *Id.* Movant has thereby shown it could not timely prepare its defense to claims against it in this case. Finally, PCM certifies that counsel for other parties have been contacted and "confirmed no objection to a continuance of the trial date and the deadlines currently set[,]" alleviating concerns of potential prejudice.

New Orleans, Louisiana this 12th day of December, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Summons were issued as to PCM on or around October 18, 2022 (Rec. Doc. 33) and PCM filed an answer on or around December 7, 2022 (Rec. Doc. 34).